```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

```
GEORGE LOGUE,                     )
                                  )
         Plaintiff,               )
       v.                         )   C.A. No. 04-10342-GAO
                                  )
SYDNEY BESEROSKY                  )
                                  )
         Defendant.               )
```

ORDER ON MOTION FOR ENLARGEMENT OF TIME

    Now before the Court is plaintiff's motion for enlargement of time (Docket No. 3).  Because plaintiff has been advised by separate order that this action is subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2), it is hereby

    ORDERED, plaintiff's Motion For Enlargement of Time (Docket No. 3) is DENIED without prejudice.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>29th</u> day of <u>September</u>, 2004.

                                          <u>s/ George A. O'Toole, Jr.</u>
                                          GEORGE A. O'TOOLE, JR.
                                          UNITED STATES DISTRICT JUDGE