UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | Case No: 1:04-10342 - GAO<br>NOTICE OF<br>CHANGE OF ADDRESS |
| v. |  |
| Sydney Beserosky |  |
| Defendants |  |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff requests that the court file be updated to reflect that Plaintiff's mailing address on record should be General Delivery, Boston, MA 02205.

Respectfully submitted,

March 18, 2005