## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 GEORGE LOGUE
         Plaintiff(s)

      v.                       CIVIL ACTION NO.  04-10342-GAO

 SYDNEY BESEROSKY
         Defendant(s)

### JUDGMENT IN A CIVIL CASE

 O'TOOLE         , D.J.

☐    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

      Pursuant to the court's Order, dated March 31, 2005, the plaintiff's response to the Court's September 29, 2004 Order and Memorandum ( docket No. 8) fails to demonstrate good cause why this case should not be dismissed for the reasons stated in the Court's September 29, 2004 Memorandum. Consequently, it is ORDERED that the plaintiff's claims under 42 USC Sec. 1983 and 1985 are dismissed with prejudice pursuant to 28 USC Sec. 1915(e)(2) and the supplemental state law claims are dismissed without prejudice.

                       SARAH A. THORNTON,
                       CLERK OF COURT

Dated:  3/31/05            By  Paul S. Lyness
                        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)