UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION

| | |
|---|---|
| George Logue | CASE NO 04 – 10342 GAO |
| Plaintiff | |
| v. | |
| Sydney Beserosky | |
| Defendants | |

Objection of Plaintiff To The Court's
Closing of the Case File Without Reconsideration

In accordance with F. R. Civ. P., Rule 12, plaintiff submits this formal *OBJECTION* to this Honorable Court in response to it having not considered plaintiff's Motion For Reconsideration and the accompanying memorandum, docket entries 12 and 13, and which had been submitted in a timely manner and in response to the court having dismissed the case.

Respectfully submitted,

November 22, 2005
Date

1